**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**THI MY VO #A221-350-466**                    **CASE NO.  3:26-CV-00709 SEC P**

**VERSUS**                                                **JUDGE ROBERT R. SUMMERHAYS**

**U S IMMIGRATION & CUSTOMS**          **MAGISTRATE JUDGE DAVID J. AYO**
**ENFORCEMENT**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED**.  Petitioner **SHALL BE RELEASED** under appropriate conditions as soon as practicable, but no later than July 31, 2026.

**THUS, DONE AND SIGNED** in Chambers on this 24th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE